UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZED LEVI KEYS,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 2:22-cv-1106 CKD P<br><br><br>ORDER |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It appears that petitioner is serving a term of probation imposed in the Superior Court of Lassen County. In a § 2254 action, the appropriate respondent is the state officer that has custody of the petitioner. Rule 2(a), Rules Governing Section 2254 Cases. The United States of America is not a proper respondent.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed; and

2. Petitioner is granted 14 days to submit an amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 which names the proper respondent which appears to be petitioner's

1

1  Lassen County probation officer.[1]

2      3. Failure to comply with this order will result in a recommendation that this action be
3  dismissed.

4  Dated: June 29, 2022

5  CAROLYN K. DELANEY
6  UNITED STATES MAGISTRATE JUDGE

9  1/hh
   keys1106.wr

---

[1] With his amended petition, petitioner need not submit the state court record as he did with his original petition. If the court requires any state court records, they will be provided by the appropriate respondent. Rule 5, Rules Governing Section 2254 Cases.