UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZED LEVI KEYS,<br><br>               Petitioner,<br><br>        v.<br><br>LASSEN COUNTY PROBATION DEPARTMENT,<br><br>               Respondent. | No.  2:22-cv-1106 TLN CKD P<br><br><br>ORDER |

     Petitioner is proceeding with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 20, 2022, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS HEREBY ORDERED that petitioner file either an opposition or a statement of non-opposition to respondent's pending motion to dismiss within 14 days.  Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  October 18, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/keys1106.146